WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000

WENDY S. HEIPT (pro hac vice pending)
wheipt@legalvoice.org
LEGAL VOICE
907 Pine Street, #500
Seattle, WA 98101
Telephone: 206.954.6798

KELLY O'NEILL, Bar No. 9303
koneill@legalvoice.org
LEGAL VOICE
P.O. Box 50201
Boise, ID 83705
Telephone: 208.649.4942

JAMILA A. JOHNSON (pro hac vice pending)
jjohnson@lawyeringproject.org
THE LAWYERING PROJECT
3157 Gentilly Blvd. #2231
New Orleans, LA 70122
Telephone: 347.706.4981

PAIGE SUELZLE (pro hac vice pending)
psuelzle@lawyeringproject.org
THE LAWYERING PROJECT
2501 SW Trenton Street #1097
Seattle, WA 98106
Telephone: 347.515.6073

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LOURDES MATSUMOTO, NORTHWEST ABORTION ACCESS FUND, and INDIGENOUS IDAHO ALLIANCE,<br><br>      Plaintiffs,<br><br>  v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General for the State of Idaho,<br><br>      Defendant. | Case No. 1:23-cv-00323-DKG<br><br>CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF INDIGENOUS IDAHO ALLIANCE |

Plaintiff Indigenous Idaho Alliance, pursuant to Federal Rule of Civil Procedure 7.1, hereby discloses that it is a 501(c)(3) non-profit corporation formed under the laws of the State of Idaho.

Tai Simpson is the director of IIA, with authority to represent the organization in this lawsuit. Tai Simpson is a United States Citizen.

IIA does not have any parent corporation nor does any publicly held corporation own 10% or more of its stock.

DATED: July 11, 2023.

STOEL RIVES LLP

/s/ Wendy J. Olson
Wendy J. Olson

LEGAL VOICE

/s/ Wendy S. Heipt
Wendy S. Heipt
Kelly O'Neill

THE LAWYERING PROJECT

/s/ Jamila A. Johnson
Jamila A. Johnson
Paige Suelzle

*Attorneys for Plaintiffs*