WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000

WENDY S. HEIPT (pro hac vice pending)
wheipt@legalvoice.org
LEGAL VOICE
907 Pine Street, #500
Seattle, WA  98101
Telephone:  206.954.6798

KELLY O'NEILL, Bar No. 9303
koneill@legalvoice.org
LEGAL VOICE
P.O. Box 50201
Boise, ID 83705
Telephone:  208.649.4942

JAMILA A. JOHNSON (pro hac vice pending)
jjohnson@lawyeringproject.org
THE LAWYERING PROJECT
3157 Gentilly Blvd. #2231
New Orleans, LA  70122
Telephone:  347.706.4981

PAIGE SUELZLE (pro hac vice pending)
psuelzle@lawyeringproject.org
THE LAWYERING PROJECT
2501 SW Trenton Street #1097
Seattle, WA 98106
Telephone: 347.515.6073

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LOURDES MATSUMOTO, NORTHWEST ABORTION ACCESS FUND, and INDIGENOUS IDAHO ALLIANCE,<br><br>       Plaintiffs,<br><br>  v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General for the State of Idaho,<br><br>       Defendant. | Case No. 1:23-cv-00323-DKG<br><br>CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF NORTHWEST ABORTION ACCESS FUND |

CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF NORTHWEST ABORTION ACCESS FUND - 1

120218431.2 0099880-01499

Plaintiff Northwest Abortion Access Fund (NWAAF), pursuant to Federal Rule of Civil Procedure 7.1, hereby discloses that it is a charitable organization formed under the laws of the State of Oregon.

Megan Kovacs is a board member of NWAAF, with authority to represent the organization in this lawsuit.  Megan Kovacs is a United States Citizen.

NWAAF does not have any parent corporation nor does any publicly held corporation own 10% or more of its stock.

DATED:  July 11, 2023.

STOEL RIVES LLP

/s/ Wendy J. Olson
Wendy J. Olson

LEGAL VOICE

/s/ Wendy S. Heipt
Wendy S. Heipt
Kelly O'Neill

THE LAWYERING PROJECT

/s/ Jamila A. Johnson
Jamila A. Johnson
Paige Suelzle

*Attorneys for Plaintiffs*

CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF NORTHWEST ABORTION ACCESS FUND - 2
120218431.2 0099880-01499