5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

LOURDES MATSUMOTO, NORTHWEST ABORTION ACCESS FUND and INDIGENOUS IDAHO ALLIANCE, Plaintiffs

v.

RAÚL LABRADOR, in his capacity as the Attorney General for the State of Idaho, Defendant

Case No. 1:23-cv-00323-DKG

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, **Wendy HEIPT**, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Lourdes MATSUMOTO, Northwest Abortion Access Fund, and Indigenous Idaho Alliance.

The applicant hereby attests as follows:

1. Applicant resides in Washington, and practices at the following address and phone number Legal Voice, 907 Pine Street, #500, Seattle, WA 98101; Tel: (206) 682-9552

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts: State of Washington
Dates: 06/30/1998

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Wendy J. OLSON, a member in good standing of the bar of this court, of the firm of Stoel Rives LLP, practices at the following office address and phone number: 101 S. Capital Boulevard, Suite 1900, Boise, ID 83702; Tel: (208) 387-4291

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 10th day of July, 2023.

//s// Wendy HEIPT
Applicant

//s// Wendy J. OLSON
Designee

Signed under penalty of perjury.