5/06
Form: Pro Hac Vice

## IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
## FOR THE DISTRICT OF IDAHO

LOURDES MATSUMOTO, NORTHWEST ABORTION ACCESS FUND and INDIGENOUS IDAHO ALLIANCE, Plaintiffs )

v.

RAÚL LABRADOR, in his capacity as the Attorney General for the State of Idaho, Defendant )

Case No. 1:23-cv-00323-DKG

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Paige Butler SUELZLE _____, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Lourdes MATSUMOTO, Northwest Abortion Access Fund, and Indigenous Idaho Alliance _____.

The applicant hereby attests as follows:

1. Applicant resides in Washington _____, and practices at the following address and phone number 2501 SW Trenton Street, #1097, Seattle, WA 98106; Tel: (347) 515-6073

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| State of Washington | 12/21/2022 |
| U.S. Court of Appeals for the Fifth Circuit | 04/27/2023 |
| | |
| | |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Wendy J. OLSON _____, a member in good standing of the bar of this court, of the firm of Stoel Rives LLP _____, practices at the following office address and phone number: 101 S. Capital Boulevard, Suite 1900, Boise, ID 83702; Tel: (208) 387-4291

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 10th day of July , 2023 .

//s// Paige B. SUELZLE _____          //s// Wendy J. OLSON _____
Applicant                                                        Designee

Signed under penalty of perjury.