5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

LOURDES MATSUMOTO, NORTHWEST ABORTION ACCESS FUND and INDIGENOUS IDAHO ALLIANCE, Plaintiffs

v.

RAÚL LABRADOR, in his capacity as the Attorney General for the State of Idaho, Defendant

Case No. 1:23-cv-00323-DKG

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, __Jamila JOHNSON__, hereby applies for admission pro hac vice to appear and participate in this case on behalf of __Lourdes MATSUMOTO, Northwest Abortion Access Fund, and Indigenous Idaho Alliance__.

The applicant hereby attests as follows:

1. Applicant resides in __Louisiana__, and practices at the following address and phone number __3157 Gentilly Blvd., #2231, New Orleans, LA 70122; Tel: (347) 706-4981__

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| State of Louisiana | 01/08/2018 |
| State of Oregon | 06/10/2016 |
| State of Washington | 11/07/2007 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. __Wendy J. OLSON__, a member in good standing of the bar of this court, of the firm of __Stoel Rives LLP__, practices at the following office address and phone number: __101 S. Capital Boulevard, Suite 1900, Boise, ID 83702; Tel: (208) 387-4291__

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this __10th__ day of __July__, __2023__.

| //s// Jamila JOHNSON | //s// Wendy J. OLSON |
|---|---|
| Applicant | Designee |

Signed under penalty of perjury.