WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000

WENDY S. HEIPT (admitted pro hac vice)
wheipt@legalvoice.org
LEGAL VOICE
907 Pine Street, #500
Seattle, WA 98101
Telephone: 206.954.6798

KELLY O'NEILL, Bar No. 9303
koneill@legalvoice.org
LEGAL VOICE
P.O. Box 50201
Boise, ID 83705
Telephone: 208.649.4942

JAMILA A. JOHNSON (admitted pro hac vice)
jjohnson@lawyeringproject.org
THE LAWYERING PROJECT
3157 Gentilly Blvd. #2231
New Orleans, LA 70122
Telephone: 347.706.4981

PAIGE SUELZLE (admitted pro hac vice)
psuelzle@lawyeringproject.org
THE LAWYERING PROJECT
2501 SW Trenton Street #1097
Seattle, WA 98106
Telephone: 347.515.6073

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LOURDES MATSUMOTO, NORTHWEST ABORTION ACCESS FUND, and INDIGENOUS IDAHO ALLIANCE,<br><br>      Plaintiffs,<br><br>  v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General for the State of Idaho,<br><br>      Defendant. | Case No. 1:23-cv-323<br><br>WAIVER OF THE SERVICE OF SUMMONS<br><br>Fed. R. Civ. P. (4)<br><br>Judge Debora K. Grasham |

To Wendy J. Olson, Attorney for Plaintiffs:

WAIVER OF THE SERVICE OF SUMMONS - 1
120257322.2 0099880-01499

I have received your request to waive service of a summons in this action along with a copy of the complaint and this copy of the waiver form, with an advisement containing information about waiving or not waiving service of the summons (appended hereto).

The Office of the Attorney General agrees to save the expense of serving a summons and complaint in this case.

I understand that the Office of the Attorney General will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that the Office of the Attorney General must file and serve an answer or a motion under Rule 12 within 60 days from July 18, 2023, the date when this request was received. If I fail to do so, a default judgment will be entered against the Office of the Attorney General.

I agree to electronically transmit this executed waiver back to you forthwith for filing with the Court.

Date:  July 18, 2023

> STATE OF IDAHO
> Office of the Attorney General
>
> /s/ Lincoln Davis Wilson
> Lincoln Davis Wilson
> Division Chief, Civil Litigation and
> Constitutional Defense
> M: 208-809-1077

WAIVER OF THE SERVICE OF SUMMONS - 2
120257322.2 0099880-01499

APPENDIX

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.