RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief, Civil Litigation and Constitutional Defense
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| LAURDES MATSUMOTO, NORTHWEST ABORTION ACCESS FUND, and INDIGENOUS IDAHO ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General for the State of Idaho,<br><br>Defendant. | Case No. 1:23-cv-00323-DKG<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Lincoln Davis Wilson, Chief of Civil Litigation and Constitutional Defense, hereby appears as attorney of record for Defendant Raúl Labrador. All future pleadings, submissions and correspondence should be addressed to Lincoln Davis Wilson as counsel for Defendant Raúl Labrador.

DATED: July 19, 2023.

                                  STATE OF IDAHO
                                  OFFICE OF THE ATTORNEY GENERAL

                      By:  /s/ *Lincoln Davis Wilson*
                                  LINCOLN DAVIS WILSON
                                  Chief of Civil Litigation and
                                  Constitutional Defense

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 19, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Wendy J. Olson<br>wendy.olson@stoel.com | Jamila A. Johnson<br>jjohnson@lawyeringproject.org |
| Wendy S. Heipt<br>wheipt@legalvoice.org | Paige Suelzle<br>psuelzle@layeringproject.org |
| Kelly O'Neill<br>koneill@legalvoice.org | |

                                  *Counsel for Plaintiffs*

                                   /s/ *Lincoln Davis Wilson*
                                  LINCOLN DAVIS WILSON
                                  Chief of Civil Litigation and
                                  Constitutional Defense