WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000

WENDY S. HEIPT (admitted pro hac vice)
wheipt@legalvoice.org
LEGAL VOICE
907 Pine Street, #500
Seattle, WA 98101
Telephone: 206.954.6798

KELLY O'NEILL, Bar No. 9303
koneill@legalvoice.org
LEGAL VOICE
P.O. Box 50201
Boise, ID 83705
Telephone: 208.649.4942

JAMILA A. JOHNSON (admitted pro hac vice)
jjohnson@lawyeringproject.org
THE LAWYERING PROJECT
3157 Gentilly Blvd. #2231
New Orleans, LA 70122
Telephone: 347.706.4981

PAIGE SUELZLE (admitted pro hac vice)
psuelzle@lawyeringproject.org
THE LAWYERING PROJECT
2501 SW Trenton Street #1097
Seattle, WA 98106
Telephone: 347.515.6073

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LOURDES MATSUMOTO, NORTHWEST ABORTION ACCESS FUND, and INDIGENOUS IDAHO ALLIANCE,<br><br>Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General for the State of Idaho,<br><br>Defendant. | Case No. 1:23-cv-00323-DKG<br><br>DECLARATION OF WENDY J. OLSON IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, PRELIMINARY INJUNCTION |

WENDY J. OLSON, being first duly sworn, declares and states:

1. I am a partner with the law firm of Stoel Rives LLP, counsel for Plaintiffs in the above-captioned matter. As such, I have personal knowledge of the facts and statements contained in this declaration.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an eight (8) second video recording of Representative Barbara Ehardt testifying before the Idaho Senate State Affairs Committee on March 27, 2023, on Idaho House Bill 242, obtained from the "Digital Media Archive" on the Idaho Legislature's website.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a letter dated March 27, 2023, written by Idaho Attorney General Raul Labrador to state Representative Brent Crane purporting to provide a legal opinion regarding Idaho House Bill 341, which appears in the public domain, and the authenticity of which has never been challenged by either the author or the recipient.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a letter dated March 13, 2023, written by Idaho Attorney General Raul Labrador to state Representative Ilana Rubel purporting to provide a legal opinion regarding Idaho House Bill 242, which appears in the public domain, and the authenticity of which has never been challenged by either the author or the recipient.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an eleven second video recording of Senator Todd Lakey testifying before the Idaho Senate State Affairs Committee on March 27, 2023 on Idaho House Bill 242, obtained from the "Digital Media Archive" on the Idaho Legislature's website.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: July 24, 2023.

/s/ Wendy J. Olson
Wendy J. Olson

DECLARATION OF WENDY J. OLSON IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, A PRELIMINARY INJUNCTION - 3
120165897.1 0099880-01499

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person:

Lincoln Davis Wilson
Lincoln.wilson@ag.idaho.gov

/s/ Wendy J. Olson
Wendy J. Olson

DECLARATION OF WENDY J. OLSON IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, A PRELIMINARY INJUNCTION - 4
120165897.1 0099880-01499