# EXHIBIT 1

**Rep. Ehardt March 27, 2023 Testimony**

**Via Hand Delivery
on Flash Drive**