# EXHIBIT 4

## Sen. Lakey March 27, 2023 Testimony

## Via Hand Delivery on Flash Drive