WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000

WENDY S. HEIPT (admitted pro hac vice)
wheipt@legalvoice.org
LEGAL VOICE
907 Pine Street, #500
Seattle, WA  98101
Telephone:  206.954.6798

KELLY O'NEILL, Bar No. 9303
koneill@legalvoice.org
LEGAL VOICE
P.O. Box 50201
Boise, ID 83705
Telephone:  208.649.4942

JAMILA A. JOHNSON (admitted pro hac vice)
jjohnson@lawyeringproject.org
THE LAWYERING PROJECT
3157 Gentilly Blvd. #2231
New Orleans, LA  70122
Telephone:  347.706.4981

PAIGE SUELZLE (admitted pro hac vice)
psuelzle@lawyeringproject.org
THE LAWYERING PROJECT
2501 SW Trenton Street #1097
Seattle, WA 98106
Telephone: 347.515.6073

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LOURDES MATSUMOTO, NORTHWEST ABORTION ACCESS FUND, and INDIGENOUS IDAHO ALLIANCE,<br><br>    Plaintiffs,<br><br>    v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General for the State of Idaho,<br><br>    Defendant. | Case No. 1:23-cv-00323-DKG<br><br>DECLARATION OF MEGAN KOVACS |

DECLARATION OF MEGAN KOVACS - 1
120348969.1 0099880-01499

I, Megan Kovacs, declare and state as follows:

1. I am over 21 years of age. I have personal knowledge of the facts contained in this declaration, and I am competent to testify about them. The statements within this Declaration are within my personal knowledge, and are true and correct.

2. At all times pertinent to this Declaration, I have been a resident of the State of Oregon.

3. I am a board member of the Northwest Abortion Access Fund ("NWAAF").

4. NWAAF is a non-profit entity comprised of a working board, paid staff, and trained volunteers. NWAAF provides emotional, financial, logistical, practical, and informational assistance to those who may become pregnant and need or choose to consider abortion as an option.

5. NWAAF's assistance includes the provision of information, travel funds, travel logistics and organization, and actually driving patients, to abortion providers.

6. NWAAF's work, and travel assistance, extends to minors. We provide information, travel funds, travel logistics, travel organization, and actually drive minor patients, to abortion providers.

7. NWAAF operates in Idaho as well as in Washington, Oregon and Alaska. NWAAF is the only independent abortion fund serving the Pacific Northwest and covers the largest geographic area of any abortion fund in the United States.

8. NWAAF has always provided its services, which include the provision of information and travel related needs, to minors, including to minors in the state of Idaho.

9. NWAAF provides these services as part of its commitment and support of reproductive justice, which recognizes and supports the human right to maintain personal bodily autonomy, to have children, to not have children, and to parent children in safe and

sustainable communities. NWAAF's actions are all taken in support of these commitments and beliefs.

10. NWAAF provides these services as part and parcel of our mission, which includes letting pregnant minors know that we are here to support them in their decision to have, or not to have, an abortion.

11. NWAAF also provides these services as a way to let the community know that all pregnant persons, including minors in abusive situations, will have the support of trusted adults.

12. NWAAF regularly provides pregnant people, including minors, with information regarding reproductive health care options, including abortion.

13. The parents and guardians of the minors to whom we provide information about abortion may or may not be aware of, or consent to, the provision of information regarding abortions.

14. I and my organization wish to continue providing pregnant people, including minors, throughout the region with abortion information regarding reproductive health care options, including abortion, without fear of imprisonment.

15. NWAAF's work also includes booking and directly paying for bus tickets, plane tickets and ride shares, as well as providing adult volunteers to drive patients, including minor patients, to abortion appointments in states where abortion is legal. This travel assistance is provided for pregnant people, including minors, for travel within the state of Idaho in order to reach neighboring states where abortion remains legal.

16. NWAAF also provides funding to abortion providers for their work, in states where that work is legal.

DECLARATION OF MEGAN KOVACS - 3
120348969.1 0099880-01499

17. NWAAF also provides food and lodging assistance to persons seeking abortions. NWAAF provides this assistance to both adults and minors in the state of Idaho.

18. In the last year, NWAAF provided practical abortion assistance, including travel assistance and lodging when necessary, to 205 individuals living in Idaho, including minors who live in Idaho.

19. When transporting or facilitating transportation for minors, NWAAF has not sought parental consent. Parents and guardians may or may not have known about or approved of NWAAF's support of these minors.

20. I.C. 18-623, the so-called "Abortion Trafficking" statute in Idaho directly impacts the mission and the work of NWAAF.

21. NWAAF, including myself, wish to continue funding legal, out-of-state abortions for pregnant minor Idahoans (i.e., including directly paying and/or reimbursing out-of-state licensed providers of abortion services and providing financial aid to pregnant Idahoans for that purpose) without seeking or obtaining consent from any parent or guardian.

22. NWAAF, including myself, wish to continue providing informational materials and planning assistance (such as organizing and funding transportation and lodging) to pregnant minor Idahoans for obtaining legal, out-of-state abortions.

23. NWAAF, including myself, wish to continue transporting pregnant minor Idahoans to out-of-state licensed providers of safe, legal abortion.

24. All of the actions we have taken, and wish to continue taking, rely on the finnaical support we receive from donors.

DECLARATION OF MEGAN KOVACS - 4
120348969.1 0099880-01499

25. NWAAF's donors contribute to our organization because they believe in and want to support our work ensuring that individuals in our region, including minors, are able to access abortion care, if that is the choice they make.

26. Our donors contribute to our organization with the knowledge that when we have supported pregnant minors, including pregnant minors in Idaho, access abortions, we have not sought parental consent. Parents and guardians may or may not have know about or approved of NWAAF's support of these minors.

27. NWAAF's continued ability to fulfill our mission and attract donors depends on our continued ability to support (financially, logistically and otherwise) pregnant people to access abortion care, including pregnant minors in Idaho, even if others disagree with their choice.

28. Our work also relies on the support we have from volunteers, who work with us specifically to support our mission of ensuring that all persons, including minors in Idaho, are able to access the full range of reproductive options, including abortion care.

29. This law, I.C. 18-623, violates NWAAF's constitutional and statutory rights.  The state of Idaho, through this law and through the actions of its actors, is threatening criminal prosecution of myself, Idaho state staff, our board members, and volunteers, and out of state staff, board members, and volunteers if we continue to do the work of our organization.

30. I.C. 18-623 is a law so vague that neither NWAAF, nor I, are certain of which of our usual activities and statements would run afoul of the law.

31. NWAAF, including myself, seek to enjoin Defendant from applying this law for the legal exercise of our rights.

32. Pregnant people, including pregnant minors, seeking abortion care in the Northwest rely upon NWAAF to provide necessary assistance to access safe and legal abortion care.

33. Since the Dobbs decision in June 2022, NWAAF has seen a 149% increase in its travel expenditures, which help pay for the transportation that pregnant people need to access safe and legal abortion care.

34. We have seen a 146% increase in travel expenditures in the last year from Idaho residents.

35. Since the Dobbs decision in June 2022, NWAAF has seen a 46% increase in its abortion care funding expenditures that pregnant people need to access safe and legal abortion.

36. Due to NWAAFs public statements and actions, we expect that minors, including minors in Idaho, will continue to seek our information and our support for help obtaining abortions.

37. Because we are committed to this and believe strongly in this mission, we want to continue to provide all of our usual services to pregnant people and minors, including pregnant people and minors in the state of Idaho without the threat of criminal prosecution.

38. We have done this, and want to continue to do so, as a show of support and solidarity with pregnant minors; to let them and to let the community at large know that they are not alone.

39. Without relief from this court, NWAAF's ability to speak about abortions, including speaking with Idaho minors who contact us, in accordance with our mission and with my own personal beliefs, will be irreparably harmed.

40. Without relief from this court, the ability of NWAAF to act in accordance with our missions and beliefs, will be irreparably harmed. These actions include, but are not limited to, providing financial, transportation and logistical assistance to pregnant Idaho minors seeking legal abortions, with or without the knowledge or consent of their parents or guardians.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: July 24, 2023.

/s/ Megan Kovacs
Megan Kovacs

DECLARATION OF MEGAN KOVACS - 7
120348969.1 0099880-01499

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person:

Lincoln Davis Wilson
Lincoln.wilson@ag.idaho.gov

/s/ Wendy J. Olson
Wendy J. Olson
