5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

)
)        Case No.
)
v.                                              )
)        APPLICATION FOR ADMISSION
)        PRO HAC VICE
)
)
_____ )        Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, _____, hereby applies for admission pro hac vice to appear and participate in this case on behalf of _____.

The applicant hereby attests as follows:

1. Applicant resides in _____, and practices at the following address and phone number _____

_____

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:                                              Dates:
_____                         _____

_____                         _____

_____                         _____

_____                         _____

Washington/ California                               May 11, 2018/December 15, 2015

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. _____, a member in good standing of the bar of this court, of the firm of _____, practices at the following office address and phone number:

_____

_____

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes.  Said designee hereby consents to this designation by signing this application.

Dated this _____ day of _____, _____.

*s/ Cristina Sepe*
_____        _____
Applicant                                Designee

Signed under penalty of perjury.