WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000

WENDY S. HEIPT (admitted pro hac vice)
wheipt@legalvoice.org
LEGAL VOICE
907 Pine Street, #500
Seattle, WA 98101
Telephone: 206.954.6798

KELLY O'NEILL, Bar No. 9303
koneill@legalvoice.org
LEGAL VOICE
P.O. Box 50201
Boise, ID 83705
Telephone: 208.649.4942

JAMILA A. JOHNSON (admitted pro hac vice)
jjohnson@lawyeringproject.org
THE LAWYERING PROJECT
3157 Gentilly Blvd. #2231
New Orleans, LA 70122
Telephone: 347.706.4981

PAIGE SUELZLE (admitted pro hac vice)
psuelzle@lawyeringproject.org
THE LAWYERING PROJECT
2501 SW Trenton Street #1097
Seattle, WA 98106
Telephone: 347.515.6073

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LOURDES MATSUMOTO, NORTHWEST ABORTION ACCESS FUND, and INDIGENOUS IDAHO ALLIANCE, <br><br> Plaintiffs, <br><br> v. <br><br> RAÚL LABRADOR, in his capacity as the Attorney General for the State of Idaho, <br><br> Defendant. | Case No. 1:23-cv-00323-DKG <br><br> **DECLARATION OF WENDY J. OLSON IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR TRO/PRELIMINARY INJUNCTION** |

I, Wendy J. Olson, declare and state as follows:

1.  I am a partner with the law firm of Stoel Rives LLP, counsel for Plaintiffs in the above-captioned matter. As such, I have personal knowledge of the facts and statements contained in this declaration. I submit this declaration in support of Plaintiffs' Response to Defendant's Motion for Extension of Time to Respond to Motion for TRO/Preliminary Injunction.

2.  On July 25, 2023, I spoke with Lincoln Wilson, counsel for the Defendant in this case, regarding the briefing schedule. Mr. Wilson requested a 14-day extension to reply to Plaintiffs' motion for a temporary restraining order or, in the alternative, for a preliminary injunction. He said his request was to accommodate deadlines in other cases. I told him I would speak with co-counsel and get back to him. I do not recall Mr. Wilson mentioning either in that telephone call or in subsequent email communications that he also needed an extension of time for the personal reasons set forth in his Motion For Extension of Time. All Plaintiffs counsel are sympathetic to Mr. Wilson's need to visit a hospitalized relative.

3.  On July 26, 2023, I emailed Mr. Wilson and informed him that Plaintiffs would agree to a 7-day extension, or until August 21, to file the Attorney General's response if the Attorney General would agree not to enforce Idaho Code § 18-623 until the Court rules on the motion for preliminary injunctive relief.

4.  On July 27, 2023, Mr. Wilson responded by email that the Attorney General could not enter such a stipulation because he did not yet have authority to enforce the law. Counsel had no further communications regarding a possible extension.

DECLARATION OF WENDY J. OLSON IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION FOR EXTENSION OF TIME - 2
120467652.1 0099880-01499

5. Attached hereto as **Exhibit A** is a true and correct copy of United States Senior District Judge B. Lynn Winmill's memorandum decision and order issued July 31, 2023, in *Planned Parenthood Greater Northwest, et al v. Labrador*, Case No. 23-cv-00142-BLW.

6. I am also counsel for one of the amici in *Planned Parenthood Greater Northwest, et al v. Labrador*, and therefore receive notices of electronic filings in that case.

7. On August 2, 2023, in *Planned Parenthood Greater Northwest, et al v. Labrador*, Case No. 23-cv-00142-BLW, Defendant: (1) filed a motion to stay the order issued two days earlier enjoining him from enforcing Idaho Code § 18-622 as interpreted in a letter sent to Idaho Representative Brent Crane; and (2) filed a notice of appeal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: August 3, 2023.                    STOEL RIVES LLP


                                          /s/ Wendy J. Olson
                                          Wendy J. Olson

                                          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person:

Lincoln Davis Wilson
Lincoln.wilson@ag.idaho.gov

      /s/ Wendy J. Olson
      Wendy J. Olson