RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil Litigation and Constitutional Defense

James E. M. Craig, ISB #6365
Deputy Division Chief
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
james.craig@ag.idaho.gov

*Attorney for Defendant*

## UNITED STATE DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| LAURDES MATSUMOTO, NORTHWEST ABORTION ACCESS FUND, and INDIGENOUS IDAHO ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General for the State of Idaho,<br><br>Defendant. | Case No. 1:23-cv-00323-DKG<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that James E. M. Craig, Deputy Division Chief, hereby appears as an attorney of record for Defendant Raúl Labrador. All future

NOTICE OF APPEARANCE – 1

pleadings, submissions and correspondence should be addressed to James E. M. Craig as counsel for Defendant Raúl Labrador.

DATED: August 18, 2023.

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

    By: */s/ James E. M. Craig*
        JAMES E. M. CRAIG
        Deputy Division Chief of Civil Litigation
        and Constitutional Defense

NOTICE OF APPEARANCE – 2

## **CERTIFICATE OF SERVICE**

I Hereby Certify that on August 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Cristina Sepe
cristina.sepe@atg.wa.gov

Emily A MacMaster
emacmaster07@gmail.com
emily@macmasterlaw.com

Emma Grunberg
emma.grunberg@atg.wa.gov

Wendy Olson
wendy.olson@stoel.com
docketclerk@stoel.com
emina.hasonovic@stoel.com
hillary.bibb@stoel.com
karissa.armbrust@stoel.com
kelly.tonikin@stoel.com
tracy.horan@stoel.com

Jamila Asha Johnson
jjohnson@lawyeringproject.org

Kelly O'Neill
koneill@lagalvoice.org

Paige Butler Suelzle
psuelzle@lawyeringproject.org

*Counsel for Plaintiffs*


    /s/ *James E. M. Craig*
James E. M. Craig
Deputy Division Chief