RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief, Civil Litigation and
Constitutional Defense

JAMES E. M. CRAIG, ISB #6365
Deputy Division Chief
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
james.craig@ag.idaho.gov

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| LAURDES MATSUMOTO, NORTHWEST ABORTION ACCESS FUND, and INDIGENOUS IDAHO ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General for the State of Idaho,<br><br>Defendant. | Case No. 1:23-cv-00323-DKG<br><br>**DEFENDANT'S NON-OPPOSITION TO MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, A PRELIMINARY INJUNCTION (Dkt. 20) AND CROSS MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 20 PAGES IN LENGTH** |

Defendant Raúl Labrador gives notice that he does not oppose the *Motion for Leave to File Amici Curiae Brief in Support of Plaintiffs' Motion for a Temporary Restraining Order or, in the Alternative, a Preliminary Injunction* (Dkt. 20), subject to his cross-motion for leave to file a brief in excess of 20 pages. Counsel for Plaintiffs and Amici have agreed to not oppose Defendant's request to this Court for leave to file a brief in opposition to the Plaintiffs' Motion for a Temporary Restraining Order or in the Alternative a Preliminary Injunction in excess of the 20-page limit under Local Rule 7.1. Additionally, Defendant has agreed to not oppose Plaintiff's request for an additional seven pages for Plaintiffs' reply brief, giving Plaintiff a 17-page limit for their reply brief. Therefore, Defendant hereby requests the Court grant Defendant 10 extra pages for his brief in opposition in order to properly address arguments raised by Amici, for a total page limit of 30 pages.

DATED: August 21, 2023.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

By: /s/ *James E. M. Craig*
JAMES E. M. CRAIG
Deputy Division Chief, Civil Litigation and Constitutional Defense

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 21, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Cristina Sepe
cristina.sepe@atg.wa.gov

Emily A MacMaster
emacmaster07@gmail.com
emily@macmasterlaw.com

Emma Grunberg
emma.grunberg@atg.wa.gov

Wendy Olson
wendy.olson@stoel.com
docketclerk@stoel.com
emina.hasonovic@stoel.com
hillary.bibb@stoel.com
karissa.armbrust@stoel.com
kelly.tonikin@stoel.com
tracy.horan@stoel.com

Jamila Asha Johnson
jjohnson@lawyeringproject.org

Kelly O'Neill
koneill@lagalvoice.org

Paige Butler Suelzle
psuelzle@lawyeringproject.org

*Counsel for Plaintiffs*

/s/ *James E. M. Craig*
JAMES E. M. CRAIG
Deputy Division Chief, Civil Litigation and Constitutional Defense