RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief, Civil Litigation and
Constitutional Defense

JAMES E. M. CRAIG, ISB #6365
Deputy Division Chief
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
james.craig@ag.idaho.gov

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| LAURDES MATSUMOTO, NORTHWEST ABORTION ACCESS FUND, and INDIGENOUS IDAHO ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General for the State of Idaho,<br><br>Defendant. | Case No. 1:23-cv-00323-DKG<br><br>**DECLARATION OF LINCOLN DAVIS WILSON** |

I, LINCOLN DAVIS WILSON, declare and state as follows:

1.  I am a Deputy Attorney General and Chief of Civil Litigation and Constitutional Defense for the Idaho Attorney General.

2. Attached hereto as Exhibit 1 is a true and correct copy of Attorney General Opinion 23-1.

3. Attached hereto as Exhibit 2 is a true and correct copy of a Rule 11 Plea Agreement, *United States v. Swinson*, No. 1:12-CR-279-EJL (D. Idaho), Dkt. 2, dated October 26, 2012.

4. Attached hereto as Exhibit 3 is a true and correct copy of a press release issued by the U.S. Attorney's Office, District of Idaho, titled "Washington Man Sentenced in Idaho Sex Trafficking Case," dated March 25, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 28, 2023.

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

By: /s/ *Lincoln Davis Wilson*
    LINCOLN DAVIS WILSON
    Chief of Civil Litigation and
    Constitutional Defense

**CERTIFICATE OF SERVICE**

I Hereby Certify that on August 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Cristina Sepe
cristina.sepe@atg.wa.gov

Emily A MacMaster
emacmaster07@gmail.com
emily@macmasterlaw.com

Emma Grunberg
emma.grunberg@atg.wa.gov

Wendy Olson
wendy.olson@stoel.com
docketclerk@stoel.com
emina.hasonovic@stoel.com
hillary.bibb@stoel.com
karissa.armbrust@stoel.com
kelly.tonikin@stoel.com
tracy.horan@stoel.com

Jamila Asha Johnson
jjohnson@lawyeringproject.org

Kelly O'Neill
koneill@lagalvoice.org

Paige Butler Suelzle
psuelzle@lawyeringproject.org

*Counsel for Plaintiffs*


    /s/ *Lincoln Davis Wilson*
Lincoln Davis Wilson
Chief, Civil Litigation and
Constitutional Defense