RAÚL R. LABRADOR
ATTORNEY GENERAL

JOSHUA N. TURNER, ISB #12193
Acting Solicitor General

JAMES E. M. CRAIG, ISB #6365
Acting Division Chief, Civil Litigation
and Constitutional Defense
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
josh.turner@ag.idaho.gov

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| LOURDES MATSUMOTO, NORTHWEST ABORTION ACCESS FUND, and INDIGENOUS IDAHO ALLIANCE,<br><br>Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General for the State of Idaho,<br><br>Defendant. | Case No. 1:23-cv-00323-DKG<br><br>**NOTICE OF APPEAL**<br><br>**PRELIMINARY INJUNCTION APPEAL**<br><br>**ELEVENTH AMENDMENT IMMUNITY APPEAL** |

Defendant Raúl Labrador, in his capacity as Attorney General for the State of Idaho, hereby appeals the district court's November 8, 2023 Memorandum Decision and Order [Dkt. 40], granting Plaintiffs' motion for preliminary injunction against him to the Ninth Circuit Court of Appeals. *See* 28 U.S.C. § 1292(a)(1). The Attorney General also appeals the district court's November 8, 2023 Memorandum Decision and Order [Dkt. 41] denying Attorney General Labrador Eleventh Amendment Immunity to the Ninth Circuit Court of Appeals. *See Puerto Rico Aqueduct & Sewer Auth. v. Metcalf & Eddy, Inc.*, 506 U.S. 139, 147 (1993) ("We hold that States and state entities that claim to be 'arms of the State' may take advantage of the collateral order doctrine to appeal a district court order denying a claim of Eleventh Amendment immunity.").

## FORM 1 INFORMATION

- Date case was first filed in U.S. District Court: July 11, 2023.

- Date of judgment or order being appealed: November 8, 2023 (for both orders).

- Docket entry number of judgment or order appealed from: 40 (Memorandum Decision and Order); 41 (Memorandum Decision and Order).

- Docketing fee of $505 paid to the U.S. District Court for the District of Idaho.

- Appellant: Defendant Raúl Labrador.

- This is not a cross-appeal.

- A representation statement follows on the next page.

DATED: November 22, 2023

       STATE OF IDAHO
       OFFICE OF THE ATTORNEY GENERAL


       By:  /s/ *James E. M. Craig*
       JAMES E. M. CRAIG
       Acting Division Chief, Civil Litigation and
       Constitutional Defense

       *Attorney for Defendant Attorney General Raúl Labrador*

## REPRESENTATION STATEMENT

I. **Counsel for Appellant**

JOSHUA N. TURNER
Acting Solicitor General
josh.turner@ag.idaho.gov

JAMES E. M. CRAIG
Acting Division Chief, Civil Litigation
and Constitutional Defense
james.craig@ag.idaho.gov

Idaho Office of the Attorney General
PO Box 83720
Boise, ID 83720-0010
(208) 334-2400

II. **Counsel for Appellees**

WENDY J. OLSON
wendy.olson@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000

WENDY S. HEIPT
wheipt@legalvoice.org
LEGAL VOICE
907 Pine Street, #500
Seattle, WA 98101
Telephone: 206.954.6798

KELLY O'NEILL
koneill@legalvoice.org
LEGAL VOICE
P.O. Box 50201
Boise, ID 83705
Telephone: 208.649.4942

JAMILA A. JOHNSON
jjohnson@lawyeringproject.org
THE LAWYERING PROJECT
3157 Gentilly Blvd. #2231
New Orleans, LA 70122
Telephone: 347.706.4981

PAIGE SUELZLE
psuelzle@lawyeringproject.org
THE LAWYERING PROJECT
2501 SW Trenton Street #1097
Seattle, WA 98106
Telephone: 347.515.6073

**III.   Counsel for Amici States**

EMMA GRUNBERG
emma.grunberg@atg.wa.gov

CRISTINA SEPE
christina.sepe@atg.wa.gov

Washington Attorney General's Office
1125 Washington Street SE
P.O. Box 40100
Olympia, WA  98504-0100
Telephone: 360.753.6200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Cristina Sepe
cristina.sepe@atg.wa.gov

Emily A MacMaster
emacmaster07@gmail.com
emily@macmasterlaw.com

Emma Grunberg
emma.grunberg@atg.wa.gov

Wendy Olson
wendy.olson@stoel.com
docketclerk@stoel.com
emina.hasonovic@stoel.com
hillary.bibb@stoel.com
karissa.armbrust@stoel.com
kelly.tonikin@stoel.com
tracy.horan@stoel.com

Jamila Asha Johnson
jjohnson@lawyeringproject.org

Kelly O'Neill
koneill@lagalvoice.org

Paige Butler Suelzle
psuelzle@lawyeringproject.org

Wendy S. Heipt
wheipt@legalvoice.org

*Counsel for Appellees*

By: /s/ *James E. M. Craig*
JAMES E. M. CRAIG

NOTICE OF APPEAL – 5