RAÚL R. LABRADOR
ATTORNEY GENERAL

JOSHUA N. TURNER, ISB #12193
Acting Solicitor General

JAMES E. M. CRAIG, ISB #6365
Acting Division Chief, Civil Litigation
and Constitutional Defense
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
josh.turner@ag.idaho.gov
james.craig@ag.idaho.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| LOURDES MATSUMOTO, NORTHWEST ABORTION ACCESS FUND, and INDIGENOUS IDAHO ALLIANCE,<br><br>Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General for the State of Idaho,<br><br>Defendant. | Case No. 1:23-cv-00323-DKG<br><br>**MOTION TO STAY INJUNCTION PENDING APPEAL** |

Defendant Raúl Labrador hereby moves the Court to stay the preliminary injunction previously entered by it on November 8, 2023. *See* Dkt. 40; *see also* F.R.C.P. 62(d); Fed. R. App. P. 8(a)(1). This motion is supported by the memorandum in support of the motion, filed herewith.

DATED: November 27, 2023

                                      STATE OF IDAHO
                                      OFFICE OF THE ATTORNEY GENERAL

                                By:  /s/ *James E. M. Craig*
                                    JAMES E. M. CRAIG
                                    Acting Division Chief, Civil Litigation
                                    and Constitutional Defense

                                    *Counsel for Defendant*
                                    *Attorney General Raúl Labrador*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Cristina Sepe
cristina.sepe@atg.wa.gov

Emily A. MacMaster
emacmaster07@gmail.com
emily@macmasterlaw.com

Emma Grunberg
emma.grunberg@atg.wa.gov

Wendy Olson
wendy.olson@stoel.com
docketclerk@stoel.com
emina.hasonovic@stoel.com
hillary.bibb@stoel.com
karissa.armbrust@stoel.com
kelly.tonikin@stoel.com
tracy.horan@stoel.com

Jamila Asha Johnson
jjohnson@lawyeringproject.org

Kelly O'Neill
koneill@lagalvoice.org

Paige Butler Suelzle
psuelzle@lawyeringproject.org

Wendy S. Heipt
wheipt@legalvoice.org

     *Counsel for Plaintiffs*

                                    By:  /s/ *James E. M. Craig*
                                      JAMES E. M. CRAIG