RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Acting Division Chief,
Civil Litigation and
Constitutional Defense
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| LOURDES MATSUMOTO, NORTHWEST ABORTION ACCESS FUND, and INDIGENOUS IDAHO ALLIANCE,<br><br>Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General for the State of Idaho,<br><br>Defendant. | Case No. 1:23-cv-00323-DKG<br><br>**UNOPPOSED MOTION TO VACATE TELEPHONIC SCHEDULING CONFERENCE AND LITIGATION ORDER DEADLINES (Dkt. 42).** |

Defendant Raúl Labrador, by and through undersigned counsel, hereby moves the Court to vacate the telephonic scheduling conference currently scheduled for December 6, 2023 at 9:00 a.m. Mountain Standard Time.  Further, the Attorney General moves to vacate the deadlines contained in the Litigation Order (Dkt. 40).

The Attorney General filed a Notice of Appeal (Dkt. 43) regarding the Court's decision denying the Attorney General's Motion to Dismiss under the Eleventh Amendment.  The appeal

divests this Court of authority to conduct further proceedings. *See Coinbase, Inc. v. Bielski*, 599 U.S. 736, 740, 143 S. Ct. 1915, 1919 (2023) (citing Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58, 103 S.Ct. 400, 402 (1982) ("An appeal, including an interlocutory appeal, 'divests the district court of its control over those aspects of the case involved in the appeal.'"); *Townley v. Miller,* 693 F.3d 1041, 1042 (9th Cir. 2012) ("The filing of a notice of appeal generally divests the district court of jurisdiction over a preliminary injunction"); *Chuman v. Wright*, 960 F.2d 104, 105 (9th Cir. 1992); *Davis v. United States*, 667 F.2d 822, 824 (9th Cir. 1982); *Christian v. Commonwealth of the N. Mariana Islands*, No. 1:14-CV-00010, 2016 WL 406340, at *2 (D.N. Mar. Is. 2016) (holding that when a state "files its interlocutory appeal" of a decision denying Eleventh Amendment Immunity, "that action 'divests the district court of jurisdiction to proceed with trial.'" (quoting *Chuman v. Wright*, 960 F.2d 104, 105 (9th Cir. 1992)).

The undersigned has communicated with counsel for the Plaintiffs, and they have indicated that they do not oppose this motion.

Therefore, the Attorney General requests that the Court vacate the telephonic scheduling conference and vacate the deadlines contained in the Court's litigation order.

DATED: November 29, 2023

                STATE OF IDAHO
                OFFICE OF THE ATTORNEY GENERAL

        By: /s/ *James E. M. Craig*
                JAMES E. M. CRAIG
                Acting Division Chief, Civil Litigation
                and Constitutional Defense


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 29, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Cristina Sepe
cristina.sepe@atg.wa.gov

Emily A MacMaster
emacmaster07@gmail.com
emily@macmasterlaw.com

Emma Grunberg
emma.grunberg@atg.wa.gov

Wendy Olson
wendy.olson@stoel.com
docketclerk@stoel.com
emina.hasonovic@stoel.com
hillary.bibb@stoel.com
karissa.armbrust@stoel.com
kelly.tonikin@stoel.com
tracy.horan@stoel.com

Jamila Asha Johnson
jjohnson@lawyeringproject.org

Kelly O'Neill
koneill@lagalvoice.org

Paige Butler Suelzle
psuelzle@lawyeringproject.org

Wendy S. Heipt
wheipt@legalvoice.org

*Counsel for Plaintiffs*

                                                        /s/ *James E. M. Craig*
                                                        JAMES E. M. CRAIG
                                                        Acting Division Chief, Civil Litigation
                                                        and Constitutional Defense