UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LOURDES MATSUMOTO, NORTHWEST ABORTION ACCESS FUND, and INDIGENOUS IDAHO ALLIANCE,<br><br>Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General for the State of Idaho,<br><br>Defendant. | Case No. 1:23-cv-00323-DKG<br><br>ORDER RE: MOTION TO VACATE LITIGATION ORDER (DKT. 46) |

## INTRODUCTION

Before the Court is Defendant's unopposed Motion to Vacate Telephonic Scheduling Conference and Litigation Order Deadlines. (Dkt. 46.) The facts and legal arguments are adequately presented in the record. Accordingly, in the interest of avoiding delay, and because the decisional process would not be significantly aided by oral argument, the motion will be decided based on the record. For the reasons that follow, the Court will grant the motion.

## DISCUSSION

On November 8, 2023, the Court entered two Orders. The first, granted Plaintiffs' Motion for a Preliminary Injunction. (Dkt. 40.) The second, granted in part and denied in part Defendant's Motion to Dismiss. (Dkt. 41.) On November 13, 2023, the Court issued a

ORDER - 1

Litigation Order setting a deadline for the parties to file a joint litigation plan and a discovery plan, and set a telephonic scheduling conference. (Dkt. 42.)

Thereafter, on November 22, 2023, Defendant filed a Notice of Appeal. (Dkt. 43.) Defendant then filed a Motion to Stay the Preliminary Injunction Pending Appeal on November 27, 2023, and the instant Motion to Vacate on November 29, 2023. (Dkt. 44, 46.) The Motion to Stay the Preliminary Injunction is not yet ripe. (Dkt. 44.) The Motion to Vacate is unopposed and, therefore, ripe for the Court's consideration. (Dkt. 46.)

Having carefully reviewed the Motion to Vacate and the entire record herein, the Court finds good cause has been shown to grant the Motion. Fed. R. Civ. P. 16. Accordingly, the Court will vacated the Litigation Order and the telephonic scheduling conference. The Court will issue a decision on Defendant's Motion to Stay the Preliminary Injunction once full briefing is submitted. Fed. R. Civ. P. 62(d); Fed. R. App. P. 8(a)(1).

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that the Motion to Vacate (Dkt. 46) is **GRANTED**. The Litigation Order and December 6, 2023 Telephonic Scheduling Conference are **VACATED**.

DATED: November 30, 2023

*/s/ Debora K. Grasham*
Honorable Debora K. Grasham
United States Magistrate Judge

ORDER - 2