| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | JAN 23 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| LOURDES MATSUMOTO, et al.; | No. 23-3787 |
| Plaintiffs - Appellees, | D.C. No.<br>1:23-cv-00323-DKG<br>District of Idaho,<br>Boise |
| v. | |
| RAUL LABRADOR, in his capacity as the Attorney General for the State of Idaho, | ORDER |
| Defendant - Appellant. | |

The court has received appellant's emergency motion. The response to the motion is due January 25, 2024. Any reply is due by 12:00 p.m. Pacific Time on January 29, 2024.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT