**EXHIBIT A**

## PROPOSED MODIFIED PRELIMINARY INJUNCTION

IT IS ORDERED that: the preliminary injunction previously entered in this case on November 8, 2023 is modified as follows: Attorney General Raul Labrador, in his official capacity as Attorney General for the State of Idaho, is HEREBY ENJOINED from enforcing the "recruiting" prong of Idaho Code Section 18-623. This injunction includes, but is not limited to, enforcement of Idaho Code Section 18-623 against any of the following activities:

(1) Soliciting donations to organizations that support pregnant minors seeking abortions or abortion-inducing medication;

(2) Keeping the identities of donors who support pregnant minors anonymous;

(3) Belonging to an organization that supports minors' access to abortion;

(4) Communications that could be interpreted as intending to "persuade, enlist, or induce" a pregnant minor to procure or obtain an abortion or abortion-inducing medication;

(5) Providing information regarding the provider, time, place, or cost of an available abortion;

(6) Providing legal or other advice on how pregnant minors can legally access an abortion or abortion-inducing medication;

(7) Providing information and options counseling to pregnant minors about abortion or abortion-inducing medication;

(8) Giving advice and support to organizations that assist pregnant minors who are survivors of domestic violence and sexual assault;

(9) Providing emotional and informational assistance to pregnant minors who wish to obtain an abortion;

(10) Subsidizing or fully funding an abortion or abortion-inducing medication, including both direct financial support and providing free or discounted services;

(11) Providing financial assistance for the coordination of the travel of pregnant people, including minors, to access legal abortion or abortion-inducing medication;

(12) Providing financial, logistical, and practical assistance to minors seeking an abortion or abortion-inducing medication, including but not limited to:

   a. Booking and paying for bus tickets, plane tickets, and ride shares;

   b. Providing food or lodging assistance;

   c. Offering a discount on medical procedures for under-resourced people, including minors;

   d. Setting up doctors' appointments for abortions;

   e. Broadcasting the availability of those appointments to minors;

(13) Providing legal advice that persuades a minor to obtain an abortion or abortion-inducing medication, including but not limited to:

   a. Providing direct legal services, representation, or legal advice to minors regarding abortion or abortion-inducing medication;

   b. Providing a hotline or similar service in order to provide legal information, advice, or representation;

   c. Making lawyer referrals to minors seeking access to an abortion or abortion-inducing medication;

(14) Expressing any encouragement, counseling, and/or emotional support for a minor to obtain a legal abortion;

(15) Counseling and/or assisting a minor regarding obtaining an abortion without informing a parent;

(16) Distributing pamphlets and other information on other states' laws regarding abortion;

(17) Providing a minor with the contact information of a partner organization in a neighboring state that can provide logistical or financial assistance in procuring or obtaining an abortion; and

 (18) Public advocacy or information campaigns relating to a minor's legal right to obtain an abortion or abortion-inducing medication.

This modified preliminary injunction is effective immediately and shall remain in full force and effect through the date on which judgment is entered in this case or unless otherwise ordered by this Court.